UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | 1:11-CR-75 |
| v. | ) | |
| | ) | Collier/Lee |
| MARCUS MURPHY | ) | |

**O R D E R**

Defendant Marcus Murphy is charged with one count of felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). Defendant moved to suppress a .22 caliber revolver and ammunition found in his apartment (Court File No. 11). This motion was referred to United States Magistrate Judge Susan K. Lee, who held a hearing and subsequently filed a report & recommendation ("R&R") recommending Defendant's motion be denied (Court File No. 20). Defendant then filed an objection to the R&R (Court File No. 24), and the government responded (Court File No. 25). For the reasons discussed in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 20). Accordingly, the Court **DENIES** Defendant's motion to suppress (Court File No. 11).

    **SO ORDERED.**

    **ENTER.**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**